| | |
|---|---|
| 1 | RENNER OTTO |
| | MARK C. JOHNSON (Pro Hac) |
| 2 | mjohnson@rennerotto.com |
| 3 | KYLE B. FLEMING (Bar No. 166386) |
| | kfleming@rennerotto.com |
| 4 | 1621 Euclid Avenue, Floor 19 |
| | Cleveland, Ohio 44115 |
| 5 | T: 216.621.1113 |
| | F: 216.621.6165 |
| 6 | |
| 7 | BYRON RAPHAEL LLP |
| | JORDAN RAPHAEL (BAR NO. 252344) |
| 8 | jraphael@byronraphael.com |
| | 1055 West 7th St., Suite 3300 |
| 9 | Los Angeles, CA 90017 |
| | T: 213.291.9800 |
| 10 | F: 213.377.5771 |

*COUNSEL FOR PLAINTIFF NORTHERN TECHNOLOGIES INTERNATIONAL CORPORATION*

BEWLEY, LASSLEBEN & MILLER, LLP
LEIGHTON M. ANDERSON (BAR NO. 81464)
leighton.anderson@bewleylaw.com
13215 Penn Street, Suite 510
Whittier, CA 90602-1797
T: 562.698.9771
F: 562.309.8113

*COUNSEL FOR DEFENDANT RUST-X USA*

JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN TECHNOLOGIES INTERNATIONAL CORPORATION, | Case No. 2:18-cv-5490-R |
| Plaintiff, | **JUDGMENT UPON STIPULATION** |
| v. | |
| RUST-X USA, | |
| Defendant. | |

1

Upon the stipulation of the parties, it is hereby ordered, adjudged and decreed as follows:

1. The Court has jurisdiction over the Parties and the subject matter in the above-captioned litigation (hereafter "Lawsuit").

2. Plaintiff Northern Technologies International Corporation (hereafter "NTIC" or "Plaintiff") is a Delaware corporation having its principal place of business at 4201 Woodland Road, Circle Pines, Minnesota 55014.

3. Defendant Rust-X USA (hereafter "Rust-X" or "Defendant") is a California company having its principal place of business at 14310 Gannet Street, La Mirada, CA 90638.

4. NTIC is the owner of the color yellow as a trademark for vapor phase corrosion inhibitor products including anticorrosive plastic film used for anticorrosive protection of metallic products, for industrial and consumer use ("VCI Anticorrosive Protection Products"), and of U.S. Trademark Registration No. 1,916,424.

5. NTIC alleges that Rust-X has infringed NTIC's trademark rights relating to the color yellow. Rust-X denies the allegation. This stipulated judgment is entered pursuant to an agreement between NTIC and Rust-X in settlement of the Litigation.

6. Pursuant to Fed. R. Civ. P. 65(d), and by agreement of the Parties, Defendant, its officers, owners, agents, servants, and employees, attorneys, stockholders, successors and assigns, and all persons in active concert or participation with them, are hereby permanently enjoined from the manufacture, export, import, use, sale, offer for sale, promotion or marketing of yellow VCI Anticorrosive Protection Products, or from otherwise dealing in yellow VCI Anticorrosive Protection Products, in the United States.

7. The Court shall retain jurisdiction over this matter to enforce the terms of this Stipulated Injunction and the related Settlement Agreement between the Parties.

8. Except as stated herein, all claims of plaintiff are hereby dismissed with prejudice.

9. Each party shall bear its own fees and costs.

Date: April 12, 2019

_____
Hon. Manuel L. Real
United States District Judge